# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TYQUAN PEARSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3169

[June 3, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 17-7893CF10A.

Carey Haughwout, Public Defender, and Christine C. Geraghty, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Nelfrard v. State*, 34 So. 3d 221 (Fla. 4th DCA 2010); *Jewel v. State*, 954 So. 2d 757 (Fla. 4th DCA 2007).

WARNER, MAY and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***